**Opinion issued July 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00823-CV

_____

**ARCOLA MUNICIPAL MANAGEMENT DISTRICT NO. 1
AND FORT BEND COUNTY, TEXAS, Appellants**

**V.**

**CITY OF ARCOLA, TEXAS, Appellee**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Case No. 23-DCV-309121**

---

### MEMORANDUM OPINION

Appellants Arcola Municipal Management District No. 1 and Fort Bend County, Texas, and appellee City of Arcola, Texas, have filed a Joint Motion to Vacate and Remand Pursuant to Settlement. The parties represent that they have reached an agreement to resolve this case. They ask this Court to set aside the trial

court's judgment without regard to the merits and to remand this case to the trial court for rendition of judgment in accordance with their agreement.

Rule 42.1 authorizes this Court to set aside a trial court's judgment without regard to the merits and to remand the case to the trial court for rendition of a judgment in accordance with an agreement of the parties. TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the parties' joint motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*; *see also id.* 43.2(e).  No opinion has issued. *See id.* 42.1(c).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.